UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIAMOND TUCKER ST. PROPERTY, LLC,
Plaintiff,

-against-

KAREN PUPOVIC & ISMET PUPOVIC,
Defendants.

24-CV-8373 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On April 3, 2025, the Court granted the parties' request to stay all proceedings, pending the resolution of the action involving the parties in the U.S. District Court for the District of Connecticut. The Court ordered the parties to "promptly (within seven days) inform the Court upon the completion of the Connecticut proceedings." ECF No. 24. On June 5, 2025, the Court continued the stay pending resolution of Plaintiffs' motion for reconsideration in the U.S. District Court for the District of Connecticut. ECF No. 27. The Court again directed the "[t]he parties [to] promptly (within seven days) submit a status report to the Court upon resolution of the motion for reconsideration." *Id.*

The Court ORDERS the parties to submit a status letter to the Court, updating the Court on the status of the District of Connecticut proceedings and whether the stay in this case should be continued, by **August 28, 2026**. This order does not disturb the aforementioned deadlines set forth by the Court.

Dated: August 21, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge