UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIAMOND TUCKER ST. PROPERTY, LLC,
Plaintiff,

-against-

KAREN PUPOVIC & ISMET PUPOVIC,
Defendants.

24-CV-8373 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

After further consideration, the Court enters the following briefing schedule, which slightly amends the briefing schedule discussed at the conference held in this matter on October 21, 2026. Plaintiff is directed to re-submit an updated motion to strike on the same briefing schedule as Defendants' motion to dismiss. The parties' opening motions are due on **November 20, 2026**. Oppositions to the motions are due on **December 4, 2026**. Replies are due on **December 11, 2026**.

Finally, as discussed, Plaintiff's Motion for Sanctions is DENIED without prejudice. *See* ECF No. 40.

The Clerk of Court is directed to lift the stay in this matter, and to terminate ECF Nos. 15 and 40.

Dated: October 21, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge