UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIAMOND TUCKER ST. PROPERTY, LLC,
Plaintiff,

-against-

KAREN PUPOVIC & ISMET PUPOVIC,
Defendants.

24-CV-8373 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On October 21, 2026, a conference was held before the Court in this matter. That same day, the Court set a briefing schedule for Plaintiff's re-filed Motion to Strike and Defendants' Motion to Dismiss. ECF No. 46. Subsequently, on October 23, 2026, Plaintiff filed a motion to expedite the briefing schedule, ECF No. 47, which the Court denied. ECF No. 48. Now, on October 27, 2026, Plaintiff has again moved to set aside the motions briefing schedule. ECF No. 49. Defendants need not respond or file an opposition to this motion. The Court DENIES it as frivolous.

If Plaintiff's counsel continues to file repetitive, frivolous motions, following the Court's denials, the Court will impose a pre-motion letter requirement on Plaintiff and will consider monetary or other sanctions.

The Clerk of Court is directed to terminate ECF No. 49.

Dated: October 28, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge